Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Pennsylvania__

__Civil__ Division

| | |
|---|---|
| Peter Paul Urban<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Pennsylvania Department of Correction<br><br>Andrew W. Smith/Corrections Officer<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>FILED<br>SCRANTON<br>APR 16 2020<br>PER _____ DEPUTY CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Peter Paul Urban |
   | All other names by which you have been known: | |
   | ID Number | GS-8293 |
   | Current Institution | S.C.I. Mahanoy |
   | Address | 301 Morea Road |
   | | Frackville, PA 17932-0001 |
   | | City    State    Zip Code |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   | | |
   |---|---|
   | Name | Andrew W. Smith |
   | Job or Title (if known) | Corrections Officer |
   | Shield Number | |
   | Employer | Pennsylvania Department of Corrections |
   | Address | S.C.I. Mahanoy, 301 Morea Road |
   | | Frackville, PA 17932-0001 |
   | | City    State    Zip Code |

   [xx] Individual capacity   [XX] Official capacity

   Defendant No. 2
   | | |
   |---|---|
   | Name | |
   | Job or Title (if known) | |
   | Shield Number | |
   | Employer | |
   | Address | |
   | | City    State    Zip Code |

   [ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name      NONE
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                      City        State        Zip Code

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name      NONE
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                      City        State        Zip Code

    ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        8th Amendment, Crual and Unusual Punishment

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

```
Defendants Named are State Correctional Employees
```

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [xx] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. (See Attached)

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

```
N/A
```

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

```
The event occured while on AB Block, in Cell 30, on November 11,2019
```

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Peter Paul Urban                    Civil action No.
    Plaintiff

v.

Andrew W. Smith
Corrections Officer
    Defendant

## SUMMONS

To Andrew W. Smith:

A lawsuit has been filed against you. Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiff. Peter Paul Urban, whose address is, Smart Communications/PADOC, Peter Paul Urban/GS-8293, S.C.I. Mahanoy, P.O. Box 33028, ST. Petersburg, FL 33733.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.

Date 3/29/20

*Peter Urban* (signature)

Peter Paul Urban/GS-8293
301 Morea Road
Frackville, PA 17932-0001



SMART COMMUNICATIONS/PADOC
SCI. MAHANOY.
MR. PETER URBAN
GS 8293 / EA 16
PO BOX 33028
ST. PETERSBURG FL 33733

INMATE MAIL
PA DEPT OF CORRECTIONS

RECEIVED SCRANTON
APR 16 2020
PER_____ DEPUTY CLERK

Office Of The Clerk
United States District Court/Middle District Courthouse
William J. Nealon Federal BLDG & US
235 W. Washington Ave P.O. Box 1148
Scranton PA 1850-1148